## Commonwealth *v.* Heath, Appellant.

Submitted September 11, 1967. *Odell Heath,* appellant, in propria persona; *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Hughes, Appellant.

Argued September 15, 1967. *John P. Campana,* for appellant; *Henry G. Hager, 3rd,* District Attorney, for Commonwealth, appellee.

Judgment of sentence **affirmed.**

## Commonwealth *v.* Jackson, Appellant.

Submitted September 11, 1967. *Alexander Jackson,* appellant, in propria persona; *Charles W. Sweeney, Jr.* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.